542 U.S. 932
 SALINAS-ROMO
v.
UNITED STATES (Reported below: 87 Fed. Appx. 399);
RIOS-ELIAS
v.
UNITED STATES (95 Fed. Appx. 607);
MENDOZA-BARCENAS
v.
UNITED STATES (88 Fed. Appx. 780);
MORIN-DAVILA
v.
UNITED STATES (86 Fed. Appx. 785);
SALAZAR-MARTINEZ
v.
UNITED STATES (88 Fed. Appx. 756);
QUINTANILLA-RAMIREZ
v.
UNITED STATES (87 Fed. Appx. 987);
CASTELLANO
v.
UNITED STATES (87 Fed. Appx. 986);
RODRIGUEZ
v.
UNITED STATES (87 Fed. Appx. 935);
VENTURA, AKA GARCIA-CASTILLO
v.
UNITED STATES. (87 Fed. Appx. 982);
TORRES-GONZALEZ
v.
UNITED STATES (87 Fed. Appx. 934);
MEDINA-SALDANA
v.
UNITED STATES (87 Fed. Appx. 949);
RAMIREZ-GARCIA, AKA HERNANDEZ-GARCIA
v.
UNITED STATES (87 Fed. Appx. 947);
CASTILLO-SANTOS
v.
UNITED STATES (87 Fed. Appx. 435);
ORTIZ-ARELLANO, AKA RAMOS-OCHOA, AKA AGUILAR-OCHOA
v.
UNITED STATES (87 Fed. Appx. 947);
PUENTE-MORENO
v.
UNITED STATES (87 Fed. Appx. 921);
RIVAS-SARMIENTO
v.
UNITED STATES (87 Fed. Appx. 944);
CORTEZ
v.
UNITED STATES (87 Fed. Appx. 419);
MARTINEZ-MARTINEZ
v.
UNITED STATES (95 Fed. Appx. 644);
HERRERA-MIJARES, AKA VILLA-DIAZ
v.
UNITED STATES (95 Fed. Appx. 685);
HERNANDEZ-NAVARRO
v.
UNITED STATES (95 Fed. Appx. 580);
DE LA CERDA-GARCIA, AKA SERNA-GAONA
v.
UNITED STATES (94 Fed. Appx. 684);
MENDOZA-LOPEZ
v.
UNITED STATES (95 Fed. Appx. 633);
CAMACHO-OROZCO
v.
UNITED STATES (95 Fed. Appx. 650);
VILLEGAS-MARIN
v.
UNITED STATES (95 Fed. Appx. 652); and
RODRIGUEZ-PENA
v.
UNITED STATES (95 Fed. Appx. 586).
 No. 03-10532.
 Supreme Court of United States.
 June 21, 2004.
 
 1
 C. A. 5th Cir. Certiorari denied.